IN THE COURT OF COMMON PLEAS IN AND FOR FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| JOHN K. FITCH, AS ADMINISTRATOR OF THE ESTATE OF JOHN D. FITCH 2119 BROOKHURST AVENUE COLUMBUS, OH 43229 | : : : : | CASE NO.: JUDGE: |
| Plaintiff, | : : | |
| vs. | : : : | |
| AMERICAN ELECTRIC POWER SYSTEM COMPREHENSIVE MEDICAL PLAN c/o AMERICAN ELECTRIC POWER SERVICE CORPORATION 1 RIVERSIDE PLAZA COLUMBUS, OH 43215 | : : : : : : : : : | CATEGORY H (ALL OTHER CASES) JURY DEMAND ENDORSED HEREON |
| Defendant. | : : | : |

## CIVIL COMPLAINT FOR DECLARATORY JUDGMENT

### Parties, Jurisdiction, and Venue

1. Plaintiff John K. Fitch ("Plaintiff"), father of John D. Fitch ("Decedent"), was appointed Administrator of Decedent's Estate by the Franklin County Probate Court on December 10, 2019 (Case No. 601654), and he brings this declaratory judgment action as the representative of Decedent's estate for the exclusive benefit of Decedent's next of kin pursuant to Ohio law.

2. Plaintiff is an adult individual currently residing at 2119 Brookhurst Avenue, Columbus, Ohio 43229 in Franklin County, Ohio.

3. Defendant American Electric Power System Comprehensive Medical Plan ("AEP Medical Plan") is a medical plan issued by American Electric Power Systems ("AEP").

4. AEP is headquartered in Columbus, Franklin County, Ohio.

5. Jurisdiction and venue are proper because AEP is headquartered in Franklin County, Ohio and Decedent's death occurred in Franklin County, Ohio.

## Background Facts

6. Plaintiff hereby incorporates paragraphs 1-5 as if fully rewritten herein.

7. On October 11, 2019, Decedent was a passenger involved in a single car motor vehicle accident in Athens County, Ohio that resulted in Decedent being transported to Grant Medical Center in Columbus, Ohio, where he died on October 12, 2019 (the "Accident").

8. The at-fault driver was insured under policies issued by Nationwide Mutual Insurance Company ("Nationwide"). Plaintiff ultimately resolved the wrongful death liability claim with Nationwide for $500,000.00.

9. Decedent was an insured under an auto policy with State Farm Mutual Automobile Insurance Company "State Farm"). Plaintiff resolved a medical payments claim against State Farm for $100,000.00.

10. The Franklin County Probate Court approved the aforementioned settlements and allocated $600,000.00 to the wrongful death claim and zero dollars ($0.00) to the survival claim. *See* Exhibit 1.

11. At the time of the aforementioned accident, Decedent was insured under a health insurance policy issued by AEP Medical Plan.

12. AEP Medical Plan alleges it paid certain Accident-related medical and hospital expenses of Decedent and, therefore, that it is entitled to recover $101,582.46 against the aforementioned wrongful death proceeds. *See* Exhibit 2.

13. Plaintiff disputes the allegation of AEP Medical Plan and asserts AEP Medical Plan is entitled to nothing for any Accident-related medical expenses it allegedly paid.

### First Claim for Relief – Declaratory Judgment against AEP Medical Plan

14. Plaintiff hereby incorporates paragraphs 1-13 as if fully rewritten herein.

15. Controversies have arisen between Plaintiff and AEP Medical Plan concerning the rights and duties of Plaintiff (as Administrator) and AEP Medical Plan under the insurance policy issued by AEP Medical Plan. Specifically, AEP Medical Plan alleges a right to recover monies, and Plaintiff denies the allegation and asserts AEP Medical Plan is not entitled to recover anything. A declaration of rights of the parties is necessary for there to be a resolution of the foregoing dispute.

WHEREFORE, Plaintiff demands a declaratory judgment against AEP Medical Plan declaring that AEP Medical Plan is entitled to no monies as a result of the Decedent's Accident. Plaintiff further demands court costs, attorney fees, and other such relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Kirstin A. Peterson
Kirstin A. Peterson (0099040)
The Fitch Law Firm, LLC
900 Michigan Avenue
Columbus, OH 43215
614.545.3930; 614.545.3929 – Fax
Kirstin@thefitchlawfirm.com
*Attorney for Plaintiff*

### JURY DEMAND

Plaintiff hereby demands, pursuant to Rule 38 of the Ohio Rules of Civil Procedure, a trial by jury on all issues herein.

/s/ Kirstin A. Peterson
Kirstin A. Peterson (0099040)

3

# PROBATE COURT OF FRANKLIN COUNTY, OHIO
### ROBERT G. MONTGOMERY, JUDGE

ESTATE OF John D. Fitch, DECEASED

CASE NO. 601654

## ENTRY APPROVING SETTLEMENT AND DISTRIBUTION OF WRONGFUL DEATH AND SURVIVAL CLAIMS

Upon hearing the application to approve settlement and distribution of the wrongful death and survival claims, the Court:

☒ Approves the proffered settlement of $ 600,000.00.

☐ Orders payment of $ _____ to be applied to decedent's funeral and burial expenses.

☐ Orders payment of $ _____ to the fiduciary for services rendered with respect to the wrongful death and survival claims.

☐ Orders payment of $ _____ to the attorney for reimbursement of case expenses and $ _____ for attorney fees for services rendered with respect to the wrongful death and survival claims.

☒ Orders that the net proceeds of $ 600,000.00 be allocated $ 600,000.00 to the wrongful death claim and $ 0.00 to the survival claim. The amount allocated to the survival claim shall be considered an asset of the estate and shall be reflected in the fiduciary's account of the administration of the estate.

☐ Finds all of the beneficiaries of the wrongful death claim are on an equal degree of consanguinity, are adults, and have agreed how the net proceeds allocated to the wrongful death claim are to be distributed.

☒ Orders distribution of the net proceeds allocated to the wrongful death claim to the surviving spouse, children, parents, and other next of kin, in the equitable shares shown below, fixed by the Court having due regard for the injury and loss to each beneficiary resulting from the death and for the age and condition of the beneficiaries.

| Name | Residence Address | Relationship to Decedent | Birthdate of Minor | Amount |
|---|---|---|---|---|
| John K. Fitch | 900 Michigan Avenue, Columbus OH 43215 | father | A | 260,750.00 |
| Glori Fitch | 1000 Urlin Avenue, Unit 12, Columbus OH 43212 | mother | A | 250,750.00 |
| Charles Fitch | 58 North Chase Avenue, Columbus OH 43204 | brother | A | 88,500.00 |
| Sharon Hendershot | 1454 Cambridge Boulevard, Marble Cliff OH 43212 | maternal grandmother | A | 0.00 |

FORM 14.2 - ENTRY APPROVING SETTLEMENT AND DISTRIBUTION OF WRONGFUL DEATH AND SURVIVAL CLAIMS

FILED #41
OCT 1 2 2020
Robert G. Montgomery, Judge
Franklin County Probate Court

Amended: September 1, 2011
Discard all previous versions of this form


PLAINTIFF'S EXHIBIT 4



September 10, 2020

THE FITCH LAW FIRM
Attorney JOHN FITCH
900 Michigan Ave
Columbus, OH 43215

Re: Member: Glori Fitch
    File No.: 102188592
    Patient(s): John Fitch
    Injury Date: 10/11/2019

Dear Attorney FITCH:

Please be advised I am now handling this matter.

I am currently in the process of updating my file concerning this matter. Please send a status report on the current progress of this claim by completing the following and returning this letter to my attention at the address noted below. Our current claim amount is $101,582.46.

[_] The patient is still treating. Please follow-up in 30 / 60 / 90 days.
[_] We are gathering medical records for demand package. Expect demand to go out in _____ days.
[_] In settlement negotiations. Please fax updated itemization to _____
[_] Lawsuit filed on ___/___/___, County & Case number: _____
[_] Mediation scheduled on ___/___/___. Please fax updated itemization to _____
[_] Liability denied. Expect to file lawsuit in _____ days.
[_] Case settled on ___/___/___ for $_____.
[_] Other: _____

**Please contact me for the current file balance prior to concluding any settlement with any party.** In most circumstances, settlement without our approval will result in a continuing claim by us. Thank you for your cooperation and consideration in this matter.

Sincerely,

Heather Bernard
Subrogation Analyst
P.O. Box 659940
San Antonio TX 78265 - 9939
513-336-2929    Fax: (844) 634-2523

PLAINTIFF'S EXHIBIT 2

Anthem Blue Cross and Blue Shield is the trade name of Community Insurance Company. Independent licensee of the Blue Cross and Blue Shield Association. ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross and Blue Shield names and symbols are registered marks of the Blue Cross and Blue Shield Association.