AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

John K. Fitch  
*Plaintiff*  
v.  
American Electric Power System Comprehensive Medical.  
*Defendant*

Civil Action No. 2:21-cv-576

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Opinion and Order filed 12/2/2021. The administrator's motion to remand is GRANTED. This case is closed and remanded to the Franklin County Probate Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 12/02/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*